IN THE MATTER OF THE REPORT OF THE STANDARD CIVIL JURY INSTRUCTION COMMITTEE. On order of the Court, notice is given that the Supreme Court is considering the report of the Standard Civil Jury Instruction Committee which recommends changes in the· instructions and commentary.

A copy of this order and the committee report will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on the committee's recommendations may be sent to the Supreme Court clerk, with a copy to the committee reporter, Kevin Tierney, c/o Wayne State University Law School, 468 West Ferry Street, Detroit, MI 48202, within 60 days after the report is published in the State Bar Journal.

JANUARY 23, 1978

CITRON v STATE BOARD OF LAW EXAMINERS. (Docket No. 59868.) Plaintiff's complaint for mandamus is considered, and is denied because GCR 1963, 851 does not provide for the filing of such a complaint. Plaintiff's complaint for mandamus is treated as a complaint for superintending control and, pursuant to GCR 1963, 862.5(c), the complaint is considered and is denied without prejudice. *Bellanca & Beattie* for plaintiff. *Robert K. Avery* for defendant.

CITY OF ANN ARBOR v THE UNIVERSITY CELLAR, INC. (Docket No. 57822.) Rehearing granted in part so as to change the last sentence of the majority opinion to read as follows:

"We reverse the Court of Appeals and remand the cause to the State Tax Tribunal for consideration of the issue of valuation as of December 31, 1970 and December 31, 1971 according to evidence presented by the parties."

We retain no further jurisdiction.

*R. Bruce Laidlaw,* City Attorney, for plaintiff-appellant. *Forsythe, Campbell, Vandenberg, Clevenger & Bishop, P.C.,* for defendant-appellee. Reported at 401 Mich 279.